## Frank St. Angel, Plaintiff-Appellee, v. Walter E. Schmid and Edna C. Schmid, Defendants-Appellants.

Gen. No. 10,811.

Second District.
January 13, 1955.
Released for publication February 1, 1955.

May-
nard & Maynard, for appellant; Sam J. Cannariato, for appellee.
Opinion by JUSTICE DOVE. Not to be published in full.